FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 08 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION, | No. 08-15355 |
| | D.C. No. CV-06-01770-MHP |
| JASON MEVORAH; et al., | |
| Plaintiffs - Appellees, | ORDER* |
| v. | |
| WELLS FARGO HOME MORTGAGE, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Marilyn H. Patel, District Judge, Presiding

Argued and Submitted February 5, 2009
Pasadena, California

Before: SILVERMAN and CALLAHAN, Circuit Judges, and MILLS, Senior
District Judge.**

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\* The Honorable Richard Mills, Senior District Judge for the U.S. District Court for Central Illinois, Springfield, sitting by designation.

Pursuant to the stipulation filed by the remaining parties, the pending portion of this appeal is dismissed. *See* Fed. R. App. P. 42(b). This Order does not affect this Court's published opinion in *In re Wells Fargo Home Mortgage Overtime Pay Litigation*, 571 F.3d 953 (9th Cir. 2009). Each side shall bear its own costs on appeal. The mandate shall issue forthwith.